U.S. BANKRUPTCY COURT

2019 APR -X  A 10 51

1 (56)

B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

### District Of <u>Massachusetts</u>

In re <u>Peter M. Morgante</u>,    Case No. <u>15-11724</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST | Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038
Phone: 972-347-4350
Last Four Digits of Acct #: <u>9306</u>

Name and Address where transferee payments
should be sent (if different from above):

c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone:
Last Four Digits of Acct #: <u>9306</u>

Court Claim # (if known): 2-1
Amount of Claim: $342,677.18
Date Claim Filed: 08/26/2015

Phone:  (800) 315-4757
Last Four Digits of Acct. #: <u>9306</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____    Date: 03/27/2019
Transferee/Transferee's Agent

*Penalty for making a false statement;* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



 *BSI Financial Services*

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

02-12-2019

Sent via First Class Mail

New Account Number:
Old Account Number:
Property Address: 15 BAY STATE BLVD
PEABODY MA 01960

PETER M MORGANTE
537 BROADWAY
EVERETT MA 02111

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, effective 02-05-2019. The transfer of servicing does not affect any term or condition or the mortgage loan other than terms directly related to the servicing of the loan.

## WHAT THIS MEANS FOR YOU

After this date, BSI Financial Services will be collecting your mortgage loan payments from you. As referenced above, your loan number may have changed; however, nothing else about your mortgage loan will change.

SPECIALIZED LOAN SERVICING, LL, your prior servicer, was collecting your payments. SPECIALIZED LOAN SERVICING, LL will not accept any payments received by you after the day preceding 02-05-2019, at which point BSI Financial Services, as your new servicer, will start accepting payments received from you going forward.

Customers can send all payments due on or after 02-05-2019, to BSI Financial Services at this address:

**Via First Class Mail**
BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

**Via Priority or Overnight Mail**
BSI Financial Services
Lockbox Number 679002
1200 E. Campbell Rd. Ste. 108
Richardson, TX 75081

If you have any questions for either your prior servicer, SPECIALIZED LOAN SERVICING, LL, or your new servicer, BSI Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

**Prior Servicer**
SPECIALIZED LOAN SERVICING, LL
Customer Care
P.O. BOX 636005
LITTLETON CO 80163
800-315-4757

**New Servicer**
BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354
800-327-7861

**Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new servicer as late, and a late fee may not be imposed on you.**

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**Automatic Withdrawal Customers:** If your payments are currently set for automatic withdrawal from your checking or savings account, SPECIALIZED LOAN SERVICING, LL will discontinue the auto-withdrawal service on 02-04-2019.

**Next Steps:** Please be sure to send a check to BSI Financial Services for your next payment along with the enclosed temporary coupon. If you would like to continue having your payments automatically withdrawn, BSI Financial Services would be happy to set you up on our Automatic Withdrawal Program (ACH). Please complete the attached Automatic Clearing House (ACH) Application and return to BSI Financial Services via fax or mail as outlined in the application. If you need assistance in completing the application, please contact our Customer Care department at 800-327-7861.

You will be receiving a monthly statement in the mail from BSI Financial Services. The following payment options are available to make your mortgage payment: regular mail, expedited or overnight mail such as UPS or FedEx at the addresses provided above; complete the attached Automatic Clearinghouse Application to participate in ACH weekly, bi-weekly, or monthly; schedule a one-time or recurring payment via https://myloanweb.com/BSI; Pay by Phone by calling 800-327-7861; and, and Western Union using the city code "BSI" and the state "PA".

We look forward to servicing your loan.  Please contact us at 800-327-7861 with any questions or concerns.

Sincerely,
Customer Care Department
BSI Financial Services
NMLS # 38078; # 126672

\* This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may not affect your insurance because we do not service mortgage life or disability premiums. However, if you wish to retain optional insurance, we would suggest that you contact your current optional product service provider.

## Qualified Written Request - Notice of Error or Information Request

Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan which identifies your name, account number, and the specific reasons for the request, such as an error on your loan account or a request for information. Any qualified written request you wish to submit must be sent to:

**BSI Financial Services**
Attn: Qualified Written Requests
314 S Franklin St / Second Floor
PO Box 517
Titusville, PA 16354

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078

Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of <u>Massachusetts</u>

In re <u>Peter M. Morgante</u>_____,    Case No. <u>15-11724</u>_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>2-1</u>__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

**Specialized Loan Servicing LLC**

Name of Transferee

U.S. BANK TRUST NATIONAL ASSOCIATION,
AS TRUSTEE OF THE LODGE SERIES III TRUST

Address of Alleged Transferor:

8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

GHIDOTTI | BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705


March 27, 2019


Re:     Case No.: 15-11724 – Debtor(s): Peter M. Morgante


Dear Clerk of the Court:


Enclosed herewith is a Transfer of Claims and Check No. 2385 made payable to U.S.

Bankruptcy Court in the amount of $25.00 for the Transfer of Claim filing fee.  Please file the

enclosed document and enter the same on the docket. If you have any questions, please don't

hesitate to contact me as follows:


Adam Thursby,

1920 Old Tustin Ave.

Santa Ana, CA  92705

athursby@ghidottiberger.com  (949) 427-2010 Ext 1021


Thank You,

Adam Thursby, Esq.

Authorized Agent