**Fill in this information to identify the case:**

Debtor 1  Peter M. Morgante

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Massachusetts

Case number  15-11724-MSH

Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust, et al.

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:  9  3  0  6

**Property address:** 15 Bay State Blvd.
Number    Street

_____

Peabody, MA 01960
City        State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08/01/2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                        (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:               + (b) $ _____

   c. **Total**. Add lines a and b.                                                       (c) $ _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became          ^^
   due on:                                                              _____
                                                                        MM / DD / YYYY

Debtor 1  **Peter M. Morgante**
       First Name    Middle Name    Last Name

Case number (*if known*) **15-11724-MSH**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Derek A. Castello**
Signature

Date **08-10-2020**

Print **Derek A. Castello, Esq. #690007**
    First Name    Middle Name    Last Name

Title **Attorney**

Company **Demerle Hoeger LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address **10 City Square, 4th Floor**
Number    Street

**Boston**    **MA**    **02129**
City    State    ZIP Code

Contact phone **(617) 337-4444**

Email **Bankruptcy@DHNewEngland.com**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: PETER M. MORGANTE, Debtor. | Chapter 13 Case No. 15-11724-MSH |
|---|---|

## CERTIFICATE OF SERVICE

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have, on or before the 11th day of August, 2020 served on behalf of U.S. Bank Trust N.A., as Trustee of the Lodge Series III Trust, as serviced by BSI Financial Services, a Response to Notice of Final Cure, and this Certificate of Service by causing copies hereof to be sent to all parties entitled to service by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Peter M. Morgante<br>15 Bay State Blvd.<br>Peabody, MA 01960 (M) | Michael A. Contant<br>Contant Law Offices, P.C.<br>10 Cedar Street<br>Suite 23<br>Woburn, MA 01801 (ECF) |
|---|---|
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

/s/ Derek A. Castello
Derek A. Castello, Esq.